UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:25-cv-80281-DMM

RENZO BARBERI,

    Plaintiff,

vs.

ROBERT COLLINS GREER IV, D.O. PROFESSIONAL ASSOCIATION, a Florida Profit Corporation and GREER PROPERTIES, LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, RENZO BARBERI, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files a Notice of Voluntary Dismissal of this Action with Prejudice.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, RENZO BARBERI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:25-cv-80281-DMM

RENZO BARBERI,

      Plaintiff,

vs.

ROBERT COLLINS GREER IV, D.O. PROFESSIONAL ASSOCIATION, a Florida Profit Corporation and GREER PROPERTIES, LLC, a Florida Limited Liability Company,

      Defendants.
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 01, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on counsel for Defendants, Daniel W. Anderson, Esq., via E-Mail at danderson@floridalawpartners.com.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff