UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 25-cv-80281-Middlebrooks

RENZO BARBERI,

    Plaintiff,

v.

ROBERT COLLINS GREER IV, D.O.
PROFESSIONAL ASSOCIATION,
a Florida Profit Corporation and
GREER PROPERTIES, LLC, a Florida Limited
Liability Company

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 8), filed April 1, 2025. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1) The above-styled action is **DISMISSED WITH PREJUDICE.**

2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 2nd day of April, 2025.

                                              Donald M. Middlebrooks
                                              United States District Judge

cc:    Counsel of Record